■ Edzer Roche, Appellant, v City of New York et al., Respondents, et al., Defendants. [931 NYS2d 533]—

In order to vacate his default in opposing the municipal defendants' motion for summary judgment, the plaintiff was required to demonstrate both a reasonable excuse for his default and a potentially meritorious opposition to the motion (*see* CPLR 5015 [a] [1]; *Casali v Cyran*, 84 AD3d 711 [2011]; *Simpson v Tommy Hilfiger U.S.A., Inc.*, 48 AD3d 389, 392 [2008]). Although the plaintiff's claim of law office failure can be deemed a reasonable excuse (*see Kohn v Kohn*, 86 AD3d 630 [2011]; *Winthrop Univ. Hosp. v Metropolitan Suburban Bus Auth.*, 78 AD3d 685, 686 [2010]), he did not demonstrate the existence of a potentially meritorious opposition to the municipal defendants' motion, since the record demonstrates that there is no triable issue of fact as to whether a special relationship existed between the plaintiff and the municipal defendants under the circumstances presented (*see Greene v New York City Hous. Auth.*, 283 AD2d 458, 459 [2001]; *see also Cuffy v City of New York*, 69 NY2d 255, 260 [1987]; *Brown v City of New York*, 73 AD3d 1113 [2010]; *Feinsilver v City of New York*, 277 AD2d 199 [2000]; *Montague v City of New York*, 194 AD2d 524 [1993]). Dillon, J.P., Balkin, Eng and Cohen, JJ., concur.